JUDGE KAPLAN

08 CIV 4499

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

The Picture People, Inc.,

    Plaintiff,

-against-

Imaging Financial Services, Inc.
d/b/a EKCC,

    Defendant.

RULE 7.1 STATEMENT

RECEIVED
MAY 14 2008
U.S.D.C. S.D.N.Y.
CASHIERS

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The Picture People, Inc. ("TPP") (a private non-governmental party) certifies that TPP's sole shareholder is Plainfield Asset Management, which is not publicly traded. Masson & Company, a private independent company, provides management services for TPP.

Date: May 14, 2008

Ayanna Lewis-Gruss
Attorney for Defendant

Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York 10103
212-506-5000