%AO 440 (Rev. 8/01) Summons in a Civil Action

JUDGE KAPLAN

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

The Picture People, Inc.,

V.

Imaging Financial Servivces, Inc. d/b/a EKCC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CIV 4499**

TO: (Name and address of Defendant)

Imaging Financial Services, Inc. d/b/a EKCC
44 Old Ridgebury Road
Danbury, Connecticut 06810

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ayanna Lewis-Gruss
Orrick, Herrington, Sutcliffe LLP
666 Fifth Avenue
New York, New York 10103

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

MAY 1 4 2008

CLERK _(signature)_     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | May 15, 2008 |
| NAME OF SERVER (PRINT) Robinson Howard | TITLE | Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Personally served CT Corporation, registered agent for service of Process for Imaging Financial Services, Inc. d/b/a EKCC

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 19, 2008
                    Date                    Signature of Server

666 Fifth Avenue
New York, New York 10103
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| THE PICTURE PEOPLE, INC., | Docket No.:08-Civ-4499 |
| Paintiff, | |
| -against- | |
| IMAGING FINANCIAL SERVICES, INC. d/b/a EKCC, | AFFIDAVIT OF SERVICE |
| Defendant. | |

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

I, Robinson Howard, being duly sworn, depose and say:

1. I am not a party to the above case, am over eighteen years old, and am employed by Orrick, Herrington & Sutcliffe LLP, 666 Fifth Avenue, New York, New York 10103.

2. On the 15th day of May, 2008, I served the Summons In A Civil Action, Complaint, Civil Cover Sheet, Rule 7.1 Statement, Individual Practices of Magistrate Judge Andrew J. Peck, Individual Rules of US District Court Judge Lewis A. Kaplan, Procedures and Guidelines for Electronic Case Filing and Third Amended Instructions for Filing an Electronic Case or Appeal upon Imaging Financial Services, Inc. d/b/a EK CC, by personally delivering the above documents to CT Corporation, located at 111 8th Ave # 13, New York, NY 10011, the registered agent for service of process for Imaging Financial Services, Inc. d/b/a EK CC.

3. The documents were given to Elena, a person duly authorized to accept service. I describe Elena as female, with light hair and skin, brown eyes, approximately 120 pounds, 5 feet, 5 inches tall.

_____
Robinson Howard

Sworn to before me this
16th day of May, 2008

_____
Notary Public
BEVERLY H. CHOW
Notary Public, State of New York
No. 02CH6102203
Qualified in Westchester County
Commission Expires December 01, 20 11