UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

**THE PICTURE PEOPLE, INC.,**

        Plaintiff,

        -against-                            08 CV 4499

IMAGING FINANCIAL SERVICES, INC. d/b/a EKCC,
and EASTMAN KODAK COMPANY        **AFFIDAVIT OF SERVICE**

        Defendants.
-------------------------------------------------------

STATE OF NEW YORK  )
                          : ss.:
COUNTY OF NEW YORK )

        Arthur Bernard, being duly sworn, deposes and says:

        1. I am over the age of 18 years, am not a party to this action and am employed by Orrick, Herrington & Sutcliffe LLP, 666 Fifth Avenue, New York, NY 10103.

        2. On the 5th day of June, 2008, I served a true and correct copy of the Amended Complaint, 6/5/08 upon Imaging Financial Services, Inc. d/b/a EKCC, by hand delivery upon their agent for service of process:

                CT Corporation
                111 Eight Avenue
                New York, NY 10011

by personally delivering a true and correct copy to Sadie Salray, the Process Specialist thereof, who is authorized to accept process.

 I describe Ms. Salray as Indian, black hair, approximately 39 years old, 5 feet 4 inches tall and weighing approximately 140 lbs.

                                                               Arthur Bernard

Sworn to before me this
6th day of June, 2008

_____
Notary Public

BEVERLY H. CHOW
Notary Public, State of New York
No. 02CH6102203
Qualified in Westchester County
Commission Expires December 01, 20__