≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

The Picture People, Inc.,

V.

Imaging Financial Servives, Inc. d/b/a EKCC, and
Eastman Kodak Company

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   08 CIV 4499

TO: (Name and address of Defendant)

>Eastman Kodak Company
>343 State Street
>Rochester, New York  14650

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

>Ayanna Lewis-Gruss
>Orrick, Herrington, Sutcliffe LLP
>666 Fifth Avenue
>New York, New York  10103

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK _[signature]_   DATE _JUN 0 5 2008_

(By) DEPUTY CLERK

United States District Court
Southern District of New York


Plaintiff(s)- THE PICTURE PEOPLE, INC.

against                                                                **AFFIDAVIT OF SERVICE**
                                                                       INDEX #08 CIV 4499

Defendant(s)- IMAGING FINANCIAL SERVIVES, INC.,
d/b/a EKCC, and EASTMAN KODAK COMPANY
                                                                       DATE FILED:

STATE OF NEW YORK
                    SS.:
COUNTY OF MONROE

FRED BURRUTO, being 18 years of age or older, deposes and says: deponent is not a party to the action and resides in PITTSFORD, NY.

Deponent served the within SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT, COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT, JUDGE and MAGISTRATE'S RULES INCLUDING ECF on the 6th day of JUNE, 2008 upon EASTMAN KODAK COMPANY @ 1:45 PM @ 343 STATE ST., ROCHESTER, NEW YORK.

Service was effected by:

Corporation- a domestic corporation by delivering thereat a true copy of each to MRS. WARREN, personally, deponent knew said corporation so served to be the corporation described in said SUMMONS, AMENDED COMPLAINT, COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT, JUDGE and MAGISTRATE'S RULES INCLUDING ECF and knew said individual to be ADMINISTRATIVE ASSISTANT, LEGAL DEPT., a person authorized to accept service, thereof.

**Description:**    ___Male         _X_Female
   **Skin**   _X_ White      ___Black        ___Yellow       ___Brown       ___Red
   **Hair**   ___Black       _X_Brown        ___Blonde       ___Gray        ___Red
   **Age**    ___14-20       ___21-35        ___36-50        _X_51-65       ___+65
   **Height** ___under 5'    ___5'-5'3"      _X_5'4"-5'8"    ___5'9"-6'0"   ___over 6'
   **Weight** ___under 100lbs ___100-130lbs  ___131-160lbs   _X_161-200lbs  ___over 200lbs
   Other identifying features _____

Deponent Signature  /s/ F. Burruto            Sworn to me this 9th day of JUNE, 2008
                                              Notary Public

                                              NANCY H. TRAN
                                              Notary Public, State of New York
                                              No.: 01TR5069156
                                              Qualified in Monroe County
                                              My Commission Expires Nov. 18, 2010