

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE PICTURE PEOPLE, INC.

            Plaintiff,

V.                                                    CIVIL NO. 1:08-cv-04499-LAK

IMAGING FINANCIAL SERVICES, INC.
d/b/a EKCC and EASTMAN KODAK
COMPANY

            Defendants.

---

### STIPULATION EXTENDING TIME TO ANSWER

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties hereto as follows:

That the time for the defendant Imaging Financial Services, Inc. d/b/a EKCC to answer or respond to the Amended Complaint is hereby extended to and including July 14, 2008.

Dated: New York, New York
       June 25, 2008

Robinson & Cole LLP

By: _____
William J. Kelleher III (WK-2146)
Alexander D. Pencu (AP-0816)
Attorneys for Defendant
   Imaging Financial Services, Inc.
   d/b/a EKCC
885 Third Avenue, 28th Floor
New York, New York 10022
212-451-2900

Orrick, Herrington & Sutcliffe LLP

By: _____
Ayanna Lewis-Gruss
Attorneys for Plaintiff
666 Fifth Avenue
New York, New York 10103
212-506-5000

STAM1-861628-1

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

_____
Hon. Sydney H. Stein, Part I

Dated: New York, 6/26/08