UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE PICTURE PEOPLE, INC.,

                Plaintiff,

vs.

IMAGING FINANCIAL SERVICES, INC.,
d/b/a EKCC, and EASTMAN KODAK
COMPANY,

                Defendants.

**STIPULATION AND ORDER**

ECF Case

08 Civ. 4499 LAK

---

The undersigned, attorneys for plaintiff The Picture People and defendant Eastman Kodak Company ("Kodak"), hereby stipulate and agree that the time for Kodak to answer, move against or otherwise respond to the Summons and Amended Complaint in the above-captioned matter shall be extended through and including July 14, 2008. Plaintiff and Kodak further agree that this Stipulation may be executed in counterparts and a copy shall be treated in all respects as the original.

Dated: June 23, 2008

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: _____
Ayanna Lewis-Gruss
*Attorneys for Plaintiff*
666 Fifth Avenue
New York, NY 10011
Telephone (212) 506-5000
Facsimile (212) 506-5151
E-mail alewisgruss@orrick.com

Dated: June 23, 2008

**WARD NORRIS HELLER & REIDY LLP**

By: _____
Harold A. Kurland (HAK 6834)
Tony R. Sears (TRS 8659)
*Attorneys for Defendant Eastman Kodak Company*
300 State Street
Rochester, New York 14614
Telephone: (585) 454-0700
Facsimile: (585) 423-5910
E-Mail: hak@wnhr.com; trs@wnhr.com

So Ordered: _____
                U.S.D.J. PART I

Dated: New York, NY
6/26/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08