UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| THE PICTURE PEOPLE, INC., Plaintiff, vs. IMAGING FINANCIAL SERVICES, INC., d/b/a EKCC, and EASTMAN KODAK COMPANY, Defendants. | **RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT** ECF Case 08 Civ. 4499 LAK |

---

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant Eastman Kodak Company (a non-governmental corporate party) discloses that it has no parent corporation and no publicly held corporation controls more than 10% of its stock.

Dated: August 14, 2008
　　　　Rochester, NY

　　　　　　　　　　　　　　　　　　**WARD NORRIS HELLER & REIDY LLP**

　　　　　　　　　　　　　　　　　　By:　　s/Tony R. Sears
　　　　　　　　　　　　　　　　　　　　　Harold A. Kurland (HK 6834)
　　　　　　　　　　　　　　　　　　　　　Tony R. Sears (TS 8659)
　　　　　　　　　　　　　　　　　　　　　300 State Street
　　　　　　　　　　　　　　　　　　　　　Rochester, New York  14614
　　　　　　　　　　　　　　　　　　　　　(585) 454-0700
　　　　　　　　　　　　　　　　　　　　　hak@wnhr.com
　　　　　　　　　　　　　　　　　　　　　trs@wnhr.com