UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PICTURE PEOPLE, INC.<br><br>    Plaintiff,<br>V.<br><br>IMAGING FINANCIAL SERVICES, INC.<br>d/b/a EKCC and EASTMAN KODAK<br>COMPANY<br><br>    Defendant. | CIVIL NO. 1:08-cv-04499-LAK |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Imaging Financial Services, Inc. d/b/a EKCC ("EKCC") hereby makes its corporate disclosure as follows: EKCC is owned by General Electric Capital Corporation.  General Electric Capital Corporation is not a public corporation.


Dated: August 14, 2008

*s/William J. Kelleher III*
William J. Kelleher III (WK 2146)
Alexander D. Pencu (AP-0816)
ROBINSON & COLE LLP
885 Third Avenue - Suite 2800
New York, NY 10022 -4834
Tel. No.: (212) 451-2900
Fax No.: (212) 451-2999
E-mail:  wkelleher@rc.com
         apencu@rc.com
*Attorneys for Defendant*
  Imaging Financial Services, Inc.
    d/b/a EKCC

STAM1-861626-1

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on August 14, 2008 a copy of foregoing **CORPORATE DISCLOSURE STATEMENT** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System

                                            *s/William J. Kelleher III*
                                            William J. Kelleher III (WK 2146)