```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE PICTURE PEOPLE, INC.,

                Plaintiff,

vs.

IMAGING FINANCIAL SERVICES, INC.,
d/b/a EKCC, and EASTMAN KODAK
COMPANY,

                Defendants.

**CONSENT SCHEDULING ORDER**

ECF Case

08 Civ. 4499 LAK

---

    Upon consent of the parties, it is hereby

    ORDERED as follows:

1. No additional parties may be joined after September 15, 2008.

2. No amendments to the pleadings will be permitted after September 15, 2008.

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    a. expert witnesses on or before November 15, 2008;

    b. rebuttal expert witnesses on or before December 15, 2008.

4. All discovery shall be completed on or before January 9, 2009.

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before February 13, 2009.

6. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

CONSENTED TO:
August 13, 2008

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: _____
Ayanna Lewis-Gruss
*Attorneys for Plaintiff*
666 Fifth Avenue
New York, NY 10011
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
E-mail: alewisgruss@orrick.com

**WARD NORRIS HELLER & REIDY LLP**

By: _____
Harold A. Kurland (HK 6834)
Tony R. Sears (TS 8659)
*Attorneys for Defendant*
*Eastman Kodak Company*
300 State Street
Rochester, New York 14614
Telephone: (585) 454-0700
Facsimile: (585) 423-5910
E-Mail: hak@wnhr.com; trs@wnhr.com

**ROBINSON & COLE LLP**

By: _____
William J. Kelleher III (WK 2146)
Alexander D. Pencu (AP 0816)
*Attorneys for Defendant Imaging Financial Services, Inc. d/b/a EKCC*
885 Third Avenue, 28th Floor
New York, NY 10022
Telephone: (212) 451-2900
E-mail: wkelleher@rc.com; apencu@rc.com

IT IS SO ORDERED.

Dated: August 19, 2008

_____ Part I
Honorable Lewis A. Kaplan
United States District Court Judge

2